CCA #   13-13-00372-CR

OFFENSE:   Sexual Assault

STYLE:   DAVID ALLEN RUSSELL v. THE STATE OF TEXAS

COUNTY:   Collin

TRIAL COURT:   199th District Court
TRIAL COURT #:   199-81323-2012
TRIAL COURT JUDGE:   Hon. Angela Michelle Tucker
DISPOSITION: Affirmed
DATE: _____
JUSTICE: _____ PC ___ S ___
PUBLISH: _____          DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: April 9, 2015

JUDGE: Chief Justice Valdez

CLK RECORD: ___X_____
RPT RECORD: ___X_____
STATE BR: ___X_____
APP BR: ___X_____

SUPP CLK RECORD _X_____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

547-15
548-15
549-15
550-15

## IN THE COURT OF CRIMINAL APPEALS

CCA # _____ 550-15

----------------------

_APPELLANT'S_ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
refused
DATE: July 29, 2015
JUDGE: PC

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____     PC: _____
PUBLISH: _____     DNP: _____

----------------------

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____